**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| IN THE INT. OF: A.E.L.L., A MINOR | : | No. 722 MAL 2020 |
| | : | |
| | : | |
| PETITION OF: T.L., MOTHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| IN THE INT. OF: T.M.L., A MINOR | : | No. 723 MAL 2020 |
| | : | |
| | : | |
| PETITION OF: T.L., MOTHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| IN THE INT. OF: A.E.L.L., A MINOR | : | No. 724 MAL 2020 |
| | : | |
| | : | |
| PETITION OF: T.L., MOTHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| IN THE INT. OF: A.E.L.L., A MINOR | : | No. 725 MAL 2020 |
| | : | |
| | : | |
| PETITION OF: T.L., MOTHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |

## <u>ORDER</u>

**PER CURIAM**

  **AND NOW**, this 23rd day of February, 2021, the Petition for Allowance of Appeal is **DENIED**.